UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
*****************************
Thea Broadus,                *
         Plaintiff           *
                             *
v.                           *      Case No. 1:19-cv-00725-LM
                             *
Oracle America, Inc.,        *
         Defendant           *
                             *
*****************************
```

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

      The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice pursuant to F. R. Civ. P. 41 (a)(1) (A)( ii) and F. R. Civ. P. 41 (a)(1) (a)(B) and without costs.  All rights of appeal are hereby waived.

                                                      Respectfully submitted,
                                                      THEA BROADUS,
                                                      By her attorneys,
                                                      DOUGLAS, LEONARD & GARVEY, P.C.

Dated:  September 23, 2020                /s/ Benjamin T. King
                                                      Benjamin T. King, NH Bar #12888
                                                        14 South Street, Suite 5
                                                        Concord, NH 03301
                                                        (603) 224-1988
                                                       benjamin@nhlawoffice.com

                                               and

                                                      ORACLE AMERICA, INC.
                                                      By its attorneys,
                                                      JACKSON LEWIS

Dated:  September 23, 2020                /s/ Martha Van Oot
                                                      Martha Van Oot, NH Bar #963
                                                       100 International Drive. Suite 363
                                                       Portsmouth, NH 03801
                                                       (603) 559-2700
                                                       martha.vanoot@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been electronically served through ECF this 23rd day of September 2020, to all counsel of record.

                                      /s/ Benjamin T. King  
                                      Benjamin T. King